In the Matter of the Claim of NORMAN GALLAHAN, Respondent, against PAPEC MACHINE COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued May 27, 1942; decided June 18, 1942.

*John M. Cullen* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.